<u>UNITED STATES OF AMERICA</u>
<u>DISTRICT COURT FOR THE</u>
<u>DISTRICT OF PUERTO RICO</u>

RECEIVED & FILED
2012 JUN 13 AM 8:23
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

| <u>JOSUÉ ROMAN-HERNANDEZ</u> PRO-SÉ  vs.  <u>UNITED STATES OF AMERICA</u> | <u>CASE NO: 3:07-CR-290-12 (PG)</u>  USM NO : 30503-069 |
|---|---|

<u>MOTION FOR SENTENCE REDUCTION</u>
<u>PURSUANT TO 18 U.S.C. § 3582(c)(2)</u>

Comes Now, the defendant, <u>Josué Roman-Hernandez</u>; in Proper Person, upon motion for the Honorable Court, District of Puerto Rico; under 18 U.S.C § 3582 (c)(2) is Requesting upon Facts that the Federal Government has been Reducing over the Past Five (5) years twise as much of two levels or Four (4) levels, the defendant as now he's sentence was Reduce to (65) month's from, Eighty-Four-(84) months, on 01/14/2009 as today on 02/15/2012 Honorable Judge Reduced to (65) month's from the original sentence; the defendant is actually serving a state sentence since 3/12/2004 is been over Eight (8) years; and the Bureau of Prisons as yet he's credit time serve the defendant is been Serving State and Federal sentence since 3/12/2004 as mandate.

1.

5/14 For Filing 07-290 (PG) #112 - Motion For Red. Sent. (Crack Program) + For Credit of Time Served at the State Level. *This is a Second Crack Motion the First was Granted on 2/15/12 (De 3710) (PW)

Based on a Guideline sentencing Range that has subsequently been lowered and made Retroactive by the United States Sentencing Commission Pursuant to 28 U.S.C. § 994(u), and having considered such motion and taking into account the Policy statements set forth at USSG § 1B1.10 and the Sentencing Factors set forth in 18 USC § 3553(a), to the extend that they are applicable.

For all the foregoing, reasons this Court should Grant this motion to Reduce the Defendant Sentence and Credict his time Served.

For the reasons set forth herein, this Court should Remand this case to the District Court for Resentencing.

Dated: June 9, 2012.

Respectfully Submitted;

*Josue Roman Hernandez*

Josue Roman-Hernandez
# 30503-069
Inst. Ponce 500
Segregacíon Celda #103
P.O. Box 9008
Ponce, P.R. 00732

